UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUTASIM IBRAHIM ABDOULRAHMAN NOUR, | Case No. 25-cv-4509 (LMP/JFD) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| WARDEN OF FREEBORN COUNTY DETENTION CENTER, *in their official capacities*; DAVID EASTERWOOD, *Acting Director of Saint Paul Field Office, in their official capacities*; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security, in their official capacities*; PAMELA BONDI, *Attorney General of the United States, in their official capacities*, | |
| Respondents. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 10). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: December 11, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge